**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rock 49th Rest. Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA City Lobster & Steak** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-3972761** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1251 Avenue of the Americas**<br>**New York, NY**<br>ZIP Code **10020** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rock 49th Rest. Corp.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)   (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rock 49th Rest. Corp.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak 6107**
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name

**550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528**

Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**July 21, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Andrew Silverman**
Signature of Authorized Individual

**Andrew Silverman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 21, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Rock 49th Rest. Corp.**              Case No. _____
                             Debtor(s)        Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **1251 AMERICAS ASSOCIATES II, L** 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | **1251 AMERICAS ASSOCIATES II, L** 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | | **Disputed** | 230,000.00 |
| **SILVER & COMPANY** 155 EAST 55TH STREET SUITE 300B NEW YORK, NY 10022 | **SILVER & COMPANY** 155 EAST 55TH STREET SUITE 300B NEW YORK, NY 10022 | | | 74,400.00 |
| **JAFFEE, ROSS & LIGHT, LLP** 880 THIRD AVENUE NEW YORK, NY 10022 | **JAFFEE, ROSS & LIGHT, LLP** 880 THIRD AVENUE NEW YORK, NY 10022 | | | 53,000.00 |
| **JORDAN LOBSTER AND SEAFOOD** REYNOLDS CHANNEL ISLAND PARK, NY 11558 | **JORDAN LOBSTER AND SEAFOOD** REYNOLDS CHANNEL ISLAND PARK, NY 11558 | | | 26,944.18 |
| **BROTHER JIMMY'S RESTAURANT HOL** 1745 FIRST AVENUE NEW YORK, NY 10128 | **BROTHER JIMMY'S RESTAURANT HOL** 1745 FIRST AVENUE NEW YORK, NY 10128 | | | 25,000.00 |
| **PEST ELIMINATION SYSTEMS** BOX 1092 NEW YORK, NY 10013 | **PEST ELIMINATION SYSTEMS** BOX 1092 NEW YORK, NY 10013 | | | 16,842.41 |
| **1251 AMERICAS ASSOCIATES II, L** 1251 AVENUE OF THE AMERICAS New York, NY 10020 | **1251 AMERICAS ASSOCIATES II, L** 1251 AVENUE OF THE AMERICAS New York, NY 10020 | **UTILITIES** | | 13,836.68 |
| **PLAYBILL INC.** 37-15 61ST STREET WOODSIDE, NY 11377 | **PLAYBILL INC.** 37-15 61ST STREET WOODSIDE, NY 11377 | **JUDGMENT** | | 9,468.00 |
| **BUCKHEAD BEEF** 501 KENTILE ROAD SOUTH PLAINFIELD, NJ 07080 | **BUCKHEAD BEEF** 501 KENTILE ROAD SOUTH PLAINFIELD, NJ 07080 | | | 8,763.16 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rock 49th Rest. Corp.**                                    Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **EMPIRE MERCHANTS**<br>**16 BRIDGEWATER STREET**<br>**BROOKLYN, NY 11222** | **EMPIRE MERCHANTS**<br>**16 BRIDGEWATER STREET**<br>**BROOKLYN, NY 11222** | | | **8,670.27** |
| **MANHATTAN FRUIT**<br>**448 WEST 16TH STREET**<br>**NEW YORK, NY 10011** | **MANHATTAN FRUIT**<br>**448 WEST 16TH STREET**<br>**NEW YORK, NY 10011** | | | **7,672.90** |
| **IMPERIAL BAG AND PAPER**<br>**GENERAL POST OFFICE BOX 10136**<br>**UNIONDALE, NY** | **IMPERIAL BAG AND PAPER**<br>**GENERAL POST OFFICE BOX 10136**<br>**UNIONDALE, NY** | | | **7,341.34** |
| **ARROW LINEN**<br>**467 PROSPECT AVENUE**<br>**BROOKLYN, NY 11215** | **ARROW LINEN**<br>**467 PROSPECT AVENUE**<br>**BROOKLYN, NY 11215** | | | **7,322.20** |
| **FOOD AUTHORITY INC.**<br>**3400 LAWSON**<br>**OCEANSIDE, NY 11572** | **FOOD AUTHORITY INC.**<br>**3400 LAWSON**<br>**OCEANSIDE, NY 11572** | **JUDGMENT** | | **7,174.00** |
| **SYSCO METRO**<br>**20 THEODORE CONRAD DRIVE**<br>**JERSEY CITY, NJ 07305** | **SYSCO METRO**<br>**20 THEODORE CONRAD DRIVE**<br>**JERSEY CITY, NJ 07305** | | | **5,902.13** |
| **OSMAN LTD.**<br>**50 ROCKEFELLER PLAZA**<br>**SB-7**<br>**New York, NY 10020** | **OSMAN LTD.**<br>**50 ROCKEFELLER PLAZA**<br>**SB-7**<br>**New York, NY 10020** | | | **4,508.00** |
| **SWEDE FARMS**<br>**480 ALFRED AVENUE**<br>**TEANECK, NJ 07666** | **SWEDE FARMS**<br>**480 ALFRED AVENUE**<br>**TEANECK, NJ 07666** | | | **3,806.74** |
| **BERK COMMUNICATIONS INC**<br>**350 7TH AVENUE**<br>**NEW YORK, NY 10001** | **BERK COMMUNICATIONS INC**<br>**350 7TH AVENUE**<br>**NEW YORK, NY 10001** | | | **3,074.49** |
| **SAMUEL**<br>**3407 S LAWRENCE STREET**<br>**PHILADELPHIA, PA 19148** | **SAMUEL**<br>**3407 S LAWRENCE STREET**<br>**PHILADELPHIA, PA 19148** | | | **2,390.14** |
| **JMS SEAFOOD**<br>**800 FOOD CTR DRIVE**<br>**UNIT 52**<br>**BRONX, NY 10474** | **JMS SEAFOOD**<br>**800 FOOD CTR DRIVE**<br>**UNIT 52**<br>**BRONX, NY 10474** | | | **2,195.26** |

B4 (Official Form 4) (12/07) - Cont.

In re **Rock 49th Rest. Corp.** Case No. _____
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 21, 2009**            Signature   **/s/ Andrew Silverman**
                                                        **Andrew Silverman**
                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
                **Southern District of New York**
In re    **Rock 49th Rest. Corp.**                                          Case No.
                                                  Debtor(s)                 Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   **July 21, 2009**                    **/s/ Andrew Silverman**
                                             **Andrew Silverman**/**President**
                                             Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

1251 AMERICAS ASSOCIATES II, L
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020


ADP, INC.
P.O. BOX 9001006
LOUISVILLE, KY 40290


ALBA SPECIALITY SEAFOOD
233 WATER STREET
NEW YORK, NY 10038


ANHEUSER
55-01 SECOND STREET
LONG ISLAND CITY, NY 11101


ARROW LINEN
467 PROSPECT AVENUE
BROOKLYN, NY 11215


B-S REPAIR
1210 EAST 46TH STREET
BROOKLYN, NY 11234


BEEHIVE BEER DIST
37-88 REVIEW AVENUE
LONG ISLAND CITY, NY 11101


BERK COMMUNICATIONS INC
350 7TH AVENUE
NEW YORK, NY 10001


BIG APPLE DAIRY DESSERTS
P.O. BOX 601
LINDENHURST, NY 11757


BROTHER JIMMY'S RESTAURANT HOL
1745 FIRST AVENUE
NEW YORK, NY 10128


BUCKHEAD BEEF
501 KENTILE ROAD
SOUTH PLAINFIELD, NJ 07080

CAPITAL ONE BANK
P.O. BOX 1439
MATTITUCK, NY 11952


DOWN EAST SEAFOOD
311 MANIDA STREET
BRONX, NY 10474


ECOLAB
P.O. BOX 905327
CHARLOTTE, NC 28290


EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222


FISHERS ISLAND OYSTER
P.O. BOX 402
FISHERS ISLAND, NY 06390


FLOSS MEDIA
262 WEST 38TH STREET
STE 201
NEW YORK, NY 10018


FOOD AUTHORITY INC.
3400 LAWSON
OCEANSIDE, NY 11572


HAMCO NEW YORK, INC
P.O. BOX 537
WEST HEMPSTEAD, NY 11552


HUB INTERNATIONAL NORTHEAST
100 SUNNYSIDE BLVD
WOODBURY, NY 11797


IMPERIAL BAG AND PAPER
GENERAL POST OFFICE BOX 10136
UNIONDALE, NY


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

ISLAND CREEK OYSTERS
P.O. BOX 348
DUXBURY, MA 02331


JAFFEE, ROSS & LIGHT, LLP
880 THIRD AVENUE
NEW YORK, NY 10022


JMS SEAFOOD
800 FOOD CTR DRIVE
UNIT 52
BRONX, NY 10474


JOHN ZABORSKIS
32 LENEVAR AVENUE
STATEN ISLAND, NY 10309


JORDAN LOBSTER AND SEAFOOD
REYNOLDS CHANNEL
ISLAND PARK, NY 11558


JOYCE BEER GAS
36 MOUNTAINVIEW AVENUE
ARDSLEY, NY 10502


KITCHEN REPAIR
1005 CHURCH STREET
BALDWIN, NY 11510


KOBRICKS COFFEE COMPANY
693 LUIS MARIN BLVD
JERSEY CITY, NJ 07310


MANHATTAN BEER
400 WALNUT AVENUE
BRONX, NY 10454


MANHATTAN FRUIT
448 WEST 16TH STREET
NEW YORK, NY 10011


MARTIN SCOTT WINES
1981 MARCUS AVENUE
STE E117
LAKE SUCCESS, NY 11042

METROTOUCH INC
431 NORTH MIDLAND AVENUE
BLDG B
SADDLE BROOK, NJ 07663

MONT BLANC DESSERT
1249 UTICA AVENUE
BROOKLYN, NY 11203

MONTAUK SEAFOOD
800 FOOD CTR DRIVE
UNIT 81
BRONX, NY 10474

MRS BAKING DIST
18-25 127TH STREET
COLLEGE POINT, NY 11356

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS - DEVORA C
BROOKLYN, NY 11201

NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURE
PO BOX 5300
ALBANY, NY 12205-0300

NYS UNEMPLOYMENT INSURANCE
PO BOX 551
ALBANY, NY 12201

OPEN TABLE
PAYMENT LOCKBOX
P.O. BOX 49322
SAN JOSE, CA 95161

OSMAN LTD.
50 ROCKEFELLER PLAZA
SB-7
NEW YORK, NY 10020

PEST ELIMINATION SYSTEMS
BOX 1092
NEW YORK, NY 10013

PLAYBILL INC.
37-15 61ST STREET
WOODSIDE, NY 11377


PURELITE CANDLE
302 A WEST 12TH STREET, #303
NEW YORK, NY 10014


SAMUEL
3407 S LAWRENCE STREET
PHILADELPHIA, PA 19148


SATURN NETWORK SERVICES
141 LATTINTOWN ROAD
MIDDLEHOPE, NY 12550


SEA BREEZE
P.O. BOX 20442
BRADENTON, FL 34204


SECURITY EXCHANGE COMMISSION
THE WOOLWORTH BUILDING
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279


SILVER & COMPANY
155 EAST 55TH STREET
SUITE 300B
NEW YORK, NY 10022


SOUTHERN WINE
P.O. BOX 1308
SYOSSET, NY 11791


SWEDE FARMS
480 ALFRED AVENUE
TEANECK, NJ 07666


SWISS CHALET
9455 NW 40TH ST. ROAD
MIAMI, FL 33178


SYSCO METRO
20 THEODORE CONRAD DRIVE
JERSEY CITY, NJ 07305

```
T. EDWARD WINES
66 WEST BROADWAY
STE 406
NEW YORK, NY 10007


TJ KINGS LOBSTER
14 WHITEWELL PLACE
BROOKLYN, NY 11215


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT ROOM 417
NEW YORK, NY 10007


UNITED STATES TRUSTEE
74 CHAPEL STREET
NEW YORK, NY 10004


WIDOWS HOLE OYSTER CO.
307 FLINT STREET
GREENPORT, NY 11944
```