UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

ROCK 49TH REST. CORP.
d/b/a CITY LOBSTER & STEAK

Chapter 11

Case No. 09-14557 (ALG)

Debtor.
----------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

The Debtors having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on July 21, 2009 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the **Honorable Allan L. Gropper (Courtroom 617)**, United States Bankruptcy Court, One Bowling Green, New York New York 10004 on **August 25, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtors shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. Section 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the Debtors, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: July 21, 2009
       New York, New York

                                                 */s/ Allan L. Gropper*
                                              UNITED STATES BANKRUPTCY JUDGE