RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Jonathan S. Pasternak
Dawn K. Arnold
Julie A. Cvek

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                        Chapter 11
                                                                              Case No. 09-14557 (ALG)
ROCK 49TH REST. CORP.
d/b/a City Lobster & Steak,

                                        Debtor.

Tax I.D. No. 13-3972761
------------------------------------------------------------X

### ORDER AUTHORIZING AND APPROVING RETENTION OF
### RATTET, PASTERNAK & GORDON-OLIVER LLP AS ATTORNEYS
### FOR THE DEBTORS, NUNC PRO TUNC, AS OF THE FILING DATE

**UPON** the annexed application of the above captioned Debtor and Debtor-in-Possession

(the "Debtor"), by its President Andrew Silverman, requesting authorization to employ and

appoint Rattet, Pasternak & Gordon-Oliver LLP ("RPGO") as bankruptcy counsel to represent

them as the Debtors herein (the "Application"), and upon the annexed affidavit of Jonathan S.

Pasternak, Esq., and it appearing that Jonathan S. Pasternak, Esq. is an attorney duly admitted to

practice in this Court, and the Court being satisfied that Rattet, Pasternak & Gordon-Oliver, LLP

represents no interest adverse to the Debtor, or to its estate, in the matters upon which it is to be

engaged and is a disinterested person within the meaning of §101(14) of title 11 of the United

States Code, 11 U.S.C. §§101, et seq., as amended by the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (the "Bankruptcy Code)"; and that their employment is necessary and would be in the best interests of the estate, it is hereby

**ORDERED,** that the Application is granted in its entirety; and it is further

**ORDERED**, that pursuant to §327(a) of the Bankruptcy Code, the Debtor is authorized to employ and appoint Rattet, Pasternak & Gordon-Oliver, LLP as counsel to represent it as Debtor in the above captioned proceedings under Chapter 11 of the Bankruptcy Code, nunc pro tunc, as of the filing date, July 21, 2009; and it is further

**ORDERED**, that compensation of said attorneys for the services to be rendered shall be sought upon proper application pursuant to §330 of the Bankruptcy Code and pursuant to the procedures established by the Order Pursuant to 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals as may be further entered by this Court.

Dated:  New York, New York
        August _____, 2009


_____
HONORABLE ALLAN L. GROPPER
UNITED STATES BANKRUPTCY JUDGE